**FILED**
FEB 17 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MOISES PACHECO (1) | Case Number: 10CR1585 JM |
| | Todd W Burns, Federal Defenders, Inc. |
| | Defendant's Attorney |

**REGISTRATION NO. 21042298**

☒ Modification of Restitution Order (18 U.S.C. § 3664)

THE DEFENDANT:
☒ pleaded guilty to count(s) ONE OF THE INFORMATION.
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 1349 | Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud | 1 |

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.
☒ Assessment: $ 100.00

☒ Fine waived      ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 16, 2011
Date of Imposition of Sentence

HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

10CR1585 JM

DEFENDANT: MOISES PACHECO (1)
CASE NUMBER: 10CR1585 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-ONE (51) MONTHS.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
Defendant be placed in a facility in the Central District of California.
Defendant participate in 500 hour drug program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on _____ .
as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☒ on 11/18/11 1:30 PM before Judge Jeffrey T. Miller, United States District Court, Courtroom 16.
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MOISES PACHECO (1)
CASE NUMBER: 10CR1585 JM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE (3) YEARS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backing Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MOISES PACHECO (1)
CASE NUMBER: 10CR1585 JM

## SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☒ Not engage in employment or profession involving fiduciary responsibilities, solicitation of funds from investors or financial institutions, or the handling of credit cards, checks, or the identifying information of others.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☐ Participate in a mental health treatment program as directed by the probation office.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☒ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within     days.

☐ Complete     hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

☐ Remain in your place of residence for a period of          , except while working at verifiable employment, attending religious services or undergoing medical treatment.

☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

☐ Comply with the conditions of the Home Confinement Program for a period of        months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

DEFENDANT: MOISES PACHECO (1)
CASE NUMBER: 10CR1585 JM

# RESTITUTION

The defendant shall pay restitution in the amount of ___$8,346,572.17___ unto the United States of America.

This sum shall be paid ___ immediately.
     __X__ as follows:

Through the Clerk, U.S. District Court, Southern District of California. Payment of restitution shall be forthwith. During the Defendant's incarceration, the Defendant shall pay restitution through the Inmate Responsibility Program at the rate of 50% of the Defendant's income, or $25.00 per quarter, whichever is greater. The Defendant shall pay the restitution during his supervised release at the rate of $250 per month. Restitution shall be joint and several with co-defendants/co-conspirators for the same losses. Restitution to be paid to the following victims in the amount specified, with distribution of restitution to the victims to be on a pro rata basis:

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

__X__ The interest requirement is waived.

___ The interest is modified as follows:

| # | Last Name | First Name | Business Name | Loss Amount |
|---|---|---|---|---|
| 1 | Acosta | Cesar and Sandra | | $71,610.00 |
| 2 | Agsalon | Leonardo and Delma | | $77,395.73 |
| 3 | Aguilar | Edward and Lorena | | $6,870.00 |
| 4 | Aguilar | Roberto and Araceli | | $1,510.00 |
| 5 | Aguilo | Alexander M. | | $129,904.00 |
| 6 | Aguilo | Darwin | | $106,090.00 |
| 7 | Aguilo | Julius | | $122,300.00 |
| 8 | Aleman | Sergio and Silvia Cazarez | | $27,430.00 |
| 9 | Allapitan | Matias and Emily G. | | $15,660.00 |
| 10 | Alvarado | Alex | | $757.00 |
| 11 | Anton | Salvador and Evelia | | $53,333.20 |
| | Anton | Salvador and Evelia | | $74,166.77 |
| 12 | Arevalo | Laura | | $19,230.00 |
| 13 | Arnn | Douglas and Heidi | | $10,815.00 |
| 14 | Arvizu | Jose Enrique and Anita | | $30,380.00 |
| 15 | Arzabal | Ernest and Ana | | $44,550.00 |
| 16 | Arzabal | Felipe | | $9,941.21 |
| 17 | Babauta | Mary | | $3,736.47 |
| 18 | Baldomero | Erizaldy and Jeannie | | $15,592.50 |
| 19 | Blanco | Eduardo and Maria | | $71,500.00 |
| 20 | Bonilla | Roberto | | $4,625.00 |
| 21 | Bustamante-Martinez | Elizabeth | | $67,367.17 |
| 22 | Cabrera | Pablo and Maria Elena | | $13,793.00 |
| 23 | Cabrera | Pablo and Rosa | | $35,625.30 |
| 24 | Caguioa | Ernesto and Gina | | $9,675.00 |
| 25 | Calderon | Jesus R. | | $60,999.35 |
| 26 | Calderon | Jesus V. | | $18,830.00 |
| 27 | Camacho | Juan M. | | $39,801.00 |
| 28 | Carmona | Luis | | $18,600.00 |
| 29 | Carmona-Baez | Diana Karina | | $16,095.00 |
| 30 | Casiano | Roy | | $13,050.00 |
| 31 | Castro | Cristina | | $64,350.00 |
| 32 | Castro | Ernest | | $57,126.00 |
| 33 | Chavez | Julia | | $11,450.00 |
| 34 | Chavez | Rito | | $20,650.00 |
| 35 | Chavez | Waldo | | $5,209.00 |
| 36 | Chiong | Mel Dagsaam and Petronila | | $33,790.00 |
| 37 | Cordoba | Gabriela | | $28,910.00 |
| 38 | Coronado | Jose M. and Maria | | $23,325.00 |
| 39 | Cortez | James and Jaylene | | $76,939.79 |
| 40 | Cowetta-Eagle | Lisa | | $16,513.00 |
| 41 | DeCasas | Cesaria | | $7,675.00 |
| 42 | Dechico | Milagros | | $16,135.00 |
| 43 | Delarosa | Jimmy and Teresita A. | | $47,920.00 |
| 44 | Delgado | Luis | | $64,100.00 |
| 45 | Dircio | Jose and Elvira | | $55,590.00 |
| 46 | Duran | Jimmy | | $11,550.00 |
| 47 | Espinosa | Jesus and Cruz Veronica | | $95,745.00 |
| 48 | Evans | Patrick C. | | $14,662.50 |
| 49 | Fabia | Raymundo | | $2,769.00 |
| 50 | Fernandez | Carlito and Milagros | | $42,735.00 |
| 51 | Fernandez | Raymond and Natividad | | $6,220.00 |
| | Fernandez | Raymond | | $85,750.00 |
| | Fernandez | Raymond | | $152,587.23 |
| 52 | Figueroa | Jesus and Estela | | $13,572.00 |
| | Figueroa | Jesus and Estela | | $65,250.00 |
| 53 | Fitch | Baltazar | | $162,700.00 |

| | Last Name | First Name | Business Name | Loss Amount |
|---|---|---|---|---|
| 54 | Francisco | Dennis | | $43,150.00 |
| 55 | Fregoso | Arturo and Timotea | | $52,200.00 |
| 56 | Fregoso | Julio | | $40,000.00 |
| 57 | Freund | Daniel | | $3,525.00 |
| 58 | Freund | John | | $89,375.00 |
| 59 | Friesner | Bryan and Corina | | $87,000.00 |
| 60 | Furseth | Alan V. | | $26,100.00 |
| 61 | Garcia | Angela M. | | $9,030.00 |
| 62 | Garcia | Carlos | | $40,000.00 |
| 63 | Garcia | Mario | | $1,400.00 |
| 64 | Garcia | Piedad | | $1,742.50 |
| 65 | Garcia | Tony and Carmen | | $23,935.00 |
| 66 | Garcia (Mercado) | Kristal | | $14,752.00 |
| 67 | Gaytan | Daniel R. and Rosalina A. | | $26,578.00 |
| 68 | Gaytan | Ismael P. and Betty | | $59,279.99 |
| 69 | Gaytan | Ismael R. and Irma | | $14,420.00 |
| 70 | Gil | Jorge | in care of Dalilah Dang | $48,880.00 |
| 71 | Gomez | Rene and Silvia | | $14,550.00 |
| 72 | Gonzalez | Delia Jean | | $19,050.00 |
| 73 | Gonzalez | Dennis | | $22,275.00 |
| 74 | Gonzalez | Diana and Yadira (Irma) | | $45,140.00 |
| 75 | Gonzalez | Manuel and Esther | | $9,012.50 |
| 76 | Gonzalez | Martha | | $104,374.97 |
| 77 | Gonzalez | Salvador | | $63,617.13 |
| 78 | Gonzalez | Victor L. and Esther | | $55,200.00 |
| 79 | Gonzalez-Mesa | Raul (Cecelia Gonzalez) | | $14,290.00 |
| 80 | Griffen | Thelma | | $16,560.00 |
| 81 | Guitierrez | Jose and Maria Sanchez | contact attorney Ashley Abano | $188,850.00 |
| 82 | | | Haley Family Trust 2-15-1999 | $46,675.00 |
| 83 | Heidmiller | Patricia | | $57,500.00 |
| | Heidmiller | Patricia | | $120,652.49 |
| 84 | Hernandez | Elsa | | $17,664.50 |
| 85 | Hernandez | Juan and Ernestina | | $1,305.00 |
| 86 | Hernandez | Melissa and Cesar | | $15,714.00 |
| 87 | Hernandez | Patricia and Roberto | | $64,350.00 |
| 88 | Higgins | Alan | | $18,791.00 |
| 89 | Huerta | Daniel | | $9,176.50 |
| 90 | Huerta | Lilia | | $65,655.00 |
| 91 | Jennings | Terrence and Maria | | $11,525.00 |
| 92 | Kelly | Travis and Gabriela | | $17,875.00 |
| 93 | Lavenant | German | | $22,060.00 |
| 94 | Loaiza | Carlos and Christina | | $8,450.00 |
| 95 | Loaiza | Rafael A. and Beverly L. | | $24,550.00 |
| 96 | Lopez | Marcos | | $129,780.00 |
| 97 | Lopez | Marcos and Ramona | | $33,120.00 |
| 98 | Lopez | Richard and Cambrian A. | | $43,657.50 |
| 99 | Lopez | Sonia, Javier and Gabriela | | $77,500.00 |
| 100 | Maciel | Ramon and Veronica | | $72,100.00 |
| 101 | Madarang | John | | $48,995.50 |
| 102 | Manalili | Anthony | | $14,982.50 |
| 103 | Manalili | Rosalynn | | $14,982.50 |
| 104 | Marquez | Adelina | | $8,671.00 |
| 105 | Marroquin | Manuel and Maria | | $27,075.00 |
| 106 | Martinez | Orlando | | $89,375.00 |
| 107 | Martinez (Espinoza) | Hector and Evelia | | $71,500.00 |
| 108 | Mateo | Gloria | | $19,280.00 |
| 109 | Mauricio | Dominador and Virginia | | $43,124.99 |

| | Last Name | First Name | Business Name | Loss Amount |
|---|---|---|---|---|
| 110 | McDougal | Tim | | $40,000.00 |
| 111 | McLaughlin | Maria Azucena | | $48,000.00 |
| 112 | Meneses | Carlos Hector and Enriqueta | | $76,453.61 |
| 113 | Molina | Jose and Liliana | | $43,150.00 |
| 114 | Molina | Luz | | $36,250.00 |
| 115 | Montemayor Covarrubias | Pablo | | $14,550.00 |
| 116 | Mora | Estella | | $41,400.00 |
| 117 | Moran | Sergio and Sonja Respes | | $4,175.00 |
| 118 | Moreno | Maria Carmen | | $72,500.00 |
| 119 | Munoz | Jose | | $49,010.42 |
| 120 | Najjar | Peter and Linda | | $9,675.00 |
| | Najjar | Peter and Linda | | $89,583.35 |
| 121 | Nakata | Dean | | $9,645.00 |
| 122 | Nebres | James | | $48,668.00 |
| 123 | Nelson | Leonora | | $83,125.00 |
| 124 | Nguyen | Tammy | | $160,000.00 |
| 125 | Nunez | Miguel and Jennifer | | $5,612.50 |
| 126 | Ortiz | Humberto | | $5,775.00 |
| 127 | Pacheco | Robert and Hortencia | | $84,475.00 |
| 128 | Padernal | Allegor N. and Agnes | | $13,362.50 |
| 129 | Palisoc | Eleanor S. | | $16,762.50 |
| 130 | Panlilio | Purificacion | | $117,450.00 |
| | Panlilio | Purificacion | | $178,240.42 |
| 131 | Peregrina | Fabian and Carmen | | $7,140.00 |
| 132 | Peregrina | Fabian and Yvonne | | $44,730.00 |
| 133 | Perez | Carmen L. | | $29,000.00 |
| 134 | Perez | Gerardo | | $43,500.00 |
| 135 | Preciado | Bersabee | | $15,300.00 |
| 136 | Ramirez | Alejandro (Alex) | | $101,500.00 |
| 137 | Ramirez | Elizabeth S. | | $890.00 |
| 138 | Ramirez | Salvador and Evangelina | | $31,787.50 |
| 139 | Ramirez | Sergio and Lyzett | | $43,667.50 |
| 140 | Ramos | Alicia | | $7,975.00 |
| 141 | Ramos | Ronald and Eunice | | $7,125.00 |
| 142 | Ramos | Ronnie and Nilanie | | $21,575.00 |
| 143 | Recio | Guadalupe B. | | $10,258.00 |
| 144 | Recio | Liliana | | $16,841.97 |
| 145 | | | Reyes Family Trust | $3,870.00 |
| 146 | | | Reyes Family Trust 2-13-2006 | $30,732.50 |
| 147 | Rios | Lillian | | $21,630.00 |
| 148 | Rivas | Virginia | contact attorney Ashley Abano | $59,165.00 |
| 149 | Rivera | Maria | | $48,235.00 |
| 150 | Robertson | Alice | | $60,265.00 |
| 151 | Rodriguez | Claudio | | $33,412.50 |
| 152 | Rodriguez | Estela | | $107,012.50 |
| 153 | Rodriguez | George and Susan | | $105,075.00 |
| 154 | Rodriguez | Maria and Rodolfo | | $75,403.50 |
| 155 | Rodriguez | Stephen | | $14,550.00 |
| 156 | Rodriguez | Veronica | | $14,550.00 |
| 157 | Ruelas | Raquel G. | | $10,210.00 |
| 158 | Saenz | Alejandrina | | $14,795.00 |
| 159 | Salcedo | Teresita D. | | $44,800.00 |
| 160 | Salzedo | Antonio | | $180.00 |
| 161 | Samaniego | Ofelia | | $129,281.14 |
| 162 | Sandoval | Jorge | | $12,390.00 |
| 163 | Santos | Araceli Mendoza | | $24,300.00 |
| 164 | Sibaja | Jonathan and Maria | | $15,562.70 |

DEFENDANT: MOISES PACHECO (1)
CASE NUMBER: 10CR1585 JM

DEFENDANT: MOISES PACHECO (1)  
CASE NUMBER: 10CR1585 JM

Judgment -Page 9 of 9

|  | Last Name | First Name | Business Name | Loss Amount |
|---|---|---|---|---|
| 165 | Silvia | Lidia E. |  | $34,245.00 |
| 166 | Soriano | Sidney |  | $18,360.00 |
| 167 |  |  | SRK Capital c/o Saleem Muneer | $760.00 |
| 168 | Torres | Israel |  | $20,970.00 |
| 169 | Truxal | Lydia |  | $45,862.50 |
| 170 | Velarde | Jose and Esther |  | $71,727.50 |
|  | Velarde | Jose and Esther |  | $30,613.00 |
| 171 | Vera | Adela |  | $19,377.50 |
| 172 | Verdugo-Lizarde | Cecilia |  | $81,666.70 |
| 173 | Villa | Lidia |  | $49,920.00 |
| 174 | Villa | Samuel |  | $16,143.00 |
| 175 | Villaloboas | Rigoberto |  | $86,850.00 |
| 176 | Warren | Kathleen |  | $4,683.00 |
| 177 | Watson | Sandra and Mike |  | $61,150.00 |
| 178 | White | Judson |  | $39,072.50 |
| 179 | White | Katy |  | $59,270.00 |
| 180 | White | Kristopher |  | $6,341.00 |
| 181 | White | Samantha |  | $16,273.00 |
| 182 |  |  | Yambao Family Trust 12-16-2005 | $10,265.00 |
| 183 | Young | Joseph and Michele D. |  | $44,550.00 |
| 184 | Zertuche | Donna R. |  | $52,740.00 |
|  |  |  |  | **$7,930,243.60** |
|  | LENDERS |  |  |  |
| 185 |  |  | Bank of America | $89,718.00 |
| 186 |  |  | Citimortgage | $198,712.00 |
| 187 |  |  | Wells Fargo (formerly Wachovia/World Savings) | $127,898.57 |
|  |  |  |  | $416,328.57 |
|  |  |  |  | **$8,346,572.17** |

10CR1585 JM